JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>             Plaintiff,<br><br>   v.<br><br>RASTA INVESTMENTS, LLC, et al.,<br><br>             Defendants. | Case No.  CV 18-6427-GW(RAOx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

      Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

      IT IS SO ORDERED.

Dated: February 12, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE